UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and NEW YORK CITY
AND VICINITY CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE and
PAUL O'BRIEN, as TRUSTEES,

07 CV 3799 (RJH)
ECF CASE

**NOTICE OF MOTION**

                              Plaintiffs,
        -against-

CIRCLE CARPENTRY LLC.,

                              Defendant.
--------------------------------------------------------------------X
C O U N S E L :

        PLEASE TAKE NOTICE, that upon the annexed affidavit of Andrew GraBois, Esq. sworn to on

July 17, 2007, the stipulated facts and exhibits annexed thereto, and upon all pleadings and proceedings

heretofore and herein, the undersigned, on behalf of the plaintiffs, will move this Court before the

Honorable Richard J. Holwell, United States District Court Judge at the United States Courthouse,

Southern District of New York, located at 500 Pearl Street, Courtroom 17-B, New York, New York

10007, at a date and time to be set by the Court, for an Order granting plaintiffs' motion for default

judgment, and for such other and further relief as the Court deems proper and just.

Dated:  New York, New York
        July 17, 2007

                              Yours, etc.,

                              O'DWYER & BERNSTIEN, LLP

                        By:   _____
                              ANDREW GRABOIS, ESQ.
                              Attorney for Plaintiffs
                              52 Duane Street, 5th Floor
                              New York, New York 10007
                              (212) 571-7100

TO:    Circle Carpentry LLC.
       56-00 Grand Avenue
       Maspeth, NY 11378