UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY FUND,         07 CV 3799 (RJH)
NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS         ECF CASE
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, NEW YORK              **AFFIDAVIT OF**
CITY DISTRICT COUNCIL OF CARPENTERS CHARITY          **SERVICES**
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR-MANAGEMENT COOPERATION
FUND, by MICHAEL J. FORDE and PAUL O'BRIEN,
as TRUSTEES,

                                              Plaintiffs,

              -against-

CIRCLE CARPENTRY LLC.,

                                         Defendant.
-----------------------------------------------------------------X
STATE OF NEW YORK    )
                              :SS.:
COUNTY OF NEW YORK  )

      ANDREW GRABOIS, being duly sworn, deposes and says:

      1.    I am a member of the Bar of this Court and am associated with the firm of O'Dwyer & Bernstien, LLP, attorneys for plaintiffs herein and submit this affidavit in support of the instant application for default judgment and order.

      2.    On May 14, 2007, Ian Henderson, a paralegal in this office, drafted a complaint, cover sheet and other required documents and prepared them for filing with the Clerk of the Court. He spent 1.0 hours on this matter at a billing rate of $115.00 per hour, for a total of $115.00 in attorneys' fees.

3. On May 14, 2007, your deponent reviewed and finalized the aforementioned documents. I spent 0.5 hours on this matter at a billing rate of $320.00 per hour for a total of $160.00 in attorneys' fees.

4. On May 15, 2007, Mr. Henderson filed the aforementioned documents with the Clerk of the Court. He spent 0.5 hours on this matter at a billing rate of $115.00 per hour, for a total of $57.50 in attorneys' fees.

5. On May 16, 2007, Mr. Henderson prepared and filed the aforementioned documents on the Electronic Case Filing system. He spent 0.5 hours on this matter at a billing rate of $115.00 per hour for a total of $57.50 in attorneys' fees.

6. On May 16, 2007 and May 25, 2007, Mr. Henderson prepared and mailed the aforementioned documents for service of process. He spent 1.5 hours on this matter at a billing rate of $115.00 per hour for a total of $172.50 in attorneys' fees.

7. On May 29, 2007 and May 30, 2007, Mr. Henderson prepared and filed the affidavits of service with the Court and on the ECF system. He spent 1.0 hours on this matter at a billing rate of $115.00 per hour for a total of $115.00 in attorneys' fees.

8. On July 16, 2007 and July 17, 2007, Vipin Varghese, a paralegal in this office, drafted the required default documents, including a proposed default judgment and order and affidavit of services rendered. He spent a total of 4.0 hours on this matter. The billing rate for matters of this nature is $115.00 per hour for a total of $460.00 in attorneys' fees.

9. On July 17, 2007, your deponent reviewed and finalized the aforementioned default documents over 0.5 hours, at a billing rate of $320.00 per hour for a total of $160.00 in attorneys' fees.

10. The cost of the process server to effectuate service of process was $73.47.

WHEREFORE, deponent respectfully requests allowance of attorneys' fees in the sum of $1,297.50 and costs arising out of this action in the amount of $73.47 for a total of $1,370.97.

                                                                                          ANDREW GRABOIS (AG 3192)

Sworn to before me this
17th day of July, 2007

_____
NOTARY PUBLIC

JAMES P. DELANEY
Notary Public, State of New York
No. 02DE5079723
Qualified in New York County
Commission Expires June 9, 20__

3