STATE OF NEW YORK      )
                       :SS.:
COUNTY OF NEW YORK     )

      VIPIN VARGHESE, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in Brooklyn, New York. On the 17th day of July, 2007, I served plaintiffs' **NOTICE OF MOTION and SUPPORTING DOCUMENTATION** to the following party by depositing a true copy thereof in a post-paid wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following person at the last known address set forth after the name below:

TO:   Circle Carpentry LLC.
       56-00 Grand Avenue
       Maspeth, NY 11378

_____
VIPIN VARGHESE

Sworn to before me this
17th day of July, 2007

_____
NOTARY PUBLIC

DAVID SCHULTZ
Notary Public, State of New York
No. 02SC6003437
Qualified in New York County
Commission Expires March 2, 2010